## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

United States of America,
    Plaintiff

-vs-                                    Case No. 1:05-cr-113-7

John W. Jones,
    Defendant

## JUDGMENT

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdicts. |
| X | **Decision by Court:** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

      **IT IS ORDERED AND ADJUDGED** that this Court lacks jurisdiction to modify defendant's sentence and or to order it to run concurrently with a state sentence imposed after his federal sentence.


Date: June 5, 2012                                James Bonini, Clerk


                                                      By: s/Mary C. Brown
                                                      Mary C. Brown, Deputy Clerk